25 F.3d 1039
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 John Lester HARRIS, Petitioner Appellant,
v.
The UNITED STATES Attorney General, Respondent Appellee.
 No. 94-6009.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 24, 1994.
Decided June 14, 1994.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-92-616-HC-H).
 John Lester Harris, appellant Pro Se.
 E.D.N.C.
 AFFIRMED.
 Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying Appellant's motion for reconsideration of an order entered on October 28, 1992. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.